S.D.N.Y.-N.Y.C.
07-cv-3003
Wood, C.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second
Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl
Street, in the City of New York, on the 30th day of April, two thousand eight,

Present:

    Hon. Ralph K. Winter,
    Hon. Peter W. Hall,
        *Circuit Judges,*
    Hon. Mark R. Kravitz,*
        *District Judge.*



---

Diego Mas Marques Jr.,

        *Petitioner,*

    v.                                    08-0726-op

Bureau of Prisons, United States Attorney General,

        *Respondents.*

---

Petitioner, *pro se*, applies for leave to file a second or successive 28 U.S.C. § 2255 motion.
Upon due consideration, it is ORDERED that the application is DENIED as unnecessary because
Petitioner's challenge to his sentence is not encompassed by § 2255(h). It is FURTHER
ORDERED that the Clerk's Office process this matter as an appeal under 18 U.S.C. § 4106A.
Any issues related to the finality of the order challenged by the Petitioner and the timeliness of
Petitioner's appeal should be addressed in the parties' briefs or in a motion, accompanied by all
of the relevant documents.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK

By: _____

*The Honorable Mark R. Kravitz, of the United States District Court for the District of
Connecticut, sitting by designation.

Certified: APR 30 2008

S.D.N.Y.-N.Y.C.
07-cv-3003
Wood, C.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second
Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl
Street, in the City of New York, on the 30th day of April, two thousand eight,

Present:

Hon. Ralph K. Winter,
Hon. Peter W. Hall,
              *Circuit Judges,*
Hon. Mark R. Kravitz,[*]
              *District Judge.*



---

Diego Mas Marques Jr.,

          *Petitioner,*

          v.                                            08-0726-op

Bureau of Prisons, United States Attorney General,

          *Respondents.*

---

Petitioner, *pro se*, applies for leave to file a second or successive 28 U.S.C. § 2255 motion.
Upon due consideration, it is ORDERED that the application is DENIED as unnecessary because
Petitioner's challenge to his sentence is not encompassed by § 2255(h). It is FURTHER
ORDERED that the Clerk's Office process this matter as an appeal under 18 U.S.C. § 4106A.
Any issues related to the finality of the order challenged by the Petitioner and the timeliness of
Petitioner's appeal should be addressed in the parties' briefs or in a motion, accompanied by all
of the relevant documents.

THE CERTIFIED   (X) ORDER ( ) NOTICE
( ) STATEMENT OF COSTS
HAS BEEN RECEIVED BY_____

_____ DATE:_____

_____

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: _____

[*]The Honorable Mark R. Kravitz, of the United States District Court for the District of
Connecticut, sitting by designation.